UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 09 CR 1040 |
| v. | ) Judge Wayne R. Anderson |
| ROMEL ESMAIL and BASSAM HAJ YOUSIF | ) |

## ORDER

It is hereby ordered that the Government's motion to unseal the indictment in this case is granted.

ENTER: April 16, 2010

_____
WAYNE R. ANDERSON
Judge, United States District Court
Northern District of Illinois