# United States District Court
## Northern District of Illinois

MHN

*FUGITIVE CALENDAR*

In the Matter of

United States of America

v.

Romel Esmail

Case No. 9 CR 1040-1

Designated Magistrate Judge
Jeffrey Cole

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the **Fugitive Calendar**. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge Wayne R. Andersen

Dated: June 3, 2010

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the **Fugitive Calendar**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: June 4, 2010

Reassignment/Named Judge (Rev. 9/99)

| | | |
|---|---|---|
| ☐ | 40.3(B)(2) | This case appears to involve the same parties and subject matter as case number ____ assigned to the calendar of Judge ____ and dismissed prior to the filing of this case. |
| ☐ | IOP 13 | This cause was assigned from the calendar of Judge ____ for coordinated or consolidated pretrial discovery proceedings. |
| ☐ | | This cause was assigned from the calendar of Judge ____ as a Multi-District Litigation case. Consolidated pretrial has been completed and the case should be reassigned to said Judge. |
| ■ | IOP 13 | This case should be transferred to the Fugitive Calendar as the defendant is a fugitive. |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ which was reassigned by agreement to my calendar on ____ . |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ in which a recusal was permitted. |