# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that cases previously assigned to the Honorable William J. Hibbler require reassignment, therefore

It is hereby ordered that the cases on the attached list are to be reassigned to other judges of this Court as indicated.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated at Chicago, Illinois this 21st day of March, 2012

Civil Cases to be Reassigned to the Hon. Marvin E. Aspen

09 C 06129 Penn Mutual Life Insurance v. GreatBanc Trust Company
10 C 05259 We're Cleaning, Inc. v. Live Nation Chicago, Inc.
11 C 00969 Burke v. Swomley, et al.
11 C 04087 Bank of New York Mellon Trust Company v. Ekegren, et al.
11 C 06570 Laborers' Pension Fund, et al. v. G. G.'s Tuckpointing, Inc.
11 C 08031 Abao, et al. v. Jacobs, et al.


Civil Cases to be Reassigned to the Hon. Elaine E. Bucklo

09 C 05665  Tomasian v. CD Peacock Inc, et al.
10 C 01872 M.D.C. Holdings, Inc. et al. v. Interstate Fire & Casualty, et al.
10 C 05022 Johnson v. Perez, et al.
10 C 07173 Sullivan et al. v. TMS Mechanical, Inc.
11 C 00819 U.S. Bank, National Association v. Lynch, et al.
11 C 02239 Lust v. Town of Forest Park Police
11 C 03984 Preston Industries, Inc. v. Sous Vide Systems, LLC
11 C 05154 International Foodservice Manufacturers v. Marchese, et al.
11 C 06305 Harvey's Banquet Hall, Inc., et al. v. City of Harvey, et al.
11 C 07094 McIntosh v. HSBC Bank USA, N.A.
11 C 07976 Harleysville Preferred Insurance Co., et al. v. Radavicute, et al.
11 C 08621 Gevorgiz, et al. v. Wal-Mart Stores, Inc., et al.


Civil Cases to be Reassigned to the Hon. Rubén Castillo

05 C 02326  Fluegel, et al. v. FedEx Corporation, et al.
10 C 02008 Suppressed v. Suppressed
10 C 03121 Hampe v. Hamos
10 C 07401 Maske v. Astrue
10 C 07854 G.M. Sign, Inc. v. Plasti-Mach Corp., et al.
11 C 02261 Miller v. Rednour et al.
11 C 02512 McGee v. City of Chicago, et al.
11 C 05158 United States of America v. Luce
11 C 05342 Ferreri v. Marriott Hotels & Resorts, Inc., et al.
11 C 06852 Jenkins v. O'Reilly Automotive Stores, Inc.
11 C 07278 Thearance-Boyd v. Peak Electric, Inc., et al.
11 C 08628 Bardney, et al. v. Chicago Housing Authority, et al.
11 C 08796 Nuby v. Werner Co., et al.

Civil Cases to be Reassigned to the Hon. Edmond E. Chang

09 C 02641  Condon v. City of Chicago, et al.
10 C 01403 United States of America v. Jamal
10 C 03939 Suppressed v. Suppressed
10 C 07014 Local 73 SEIU Health Fund v. Apollo Detective Agency, Inc.
10 C 08240 Scarelli v. United Parcel Service, Inc.
11 C 02119 Suppressed v. Suppressed
11 C 03031 Listenbee v. City of Harvey, Illinois, et al.
11 C 04924 Jones v. Regional Transportation Authority
11 C 05907 Lincolnway Community Bank v. Allianz Life Insurance
11 C 06991 Musser v. Hephzibah Children's Association
11 C 07604 Gracia v. Sigmatron International, Inc.
11 C 08510 Almonte v. ims engineered products, Inc.
11 C 09027 Oplus Technologies, Ltd. v. Sears Holdings Corporation, et al.


Civil Cases to be Reassigned to the Hon. Sharon Johnson Coleman

09 C 05261  Shrader v. Paul Revere Life Insurance Company
10 C 02538 Gattone v. Kirby Company
10 C 04682 Fletcher v. OneWest Bank, FSB
10 C 07805 Hibben v. Law Office of Charles McCarthy Jr. & Associates
11 C 00732 Booker v. City of Chicago, et al.
11 C 02379 Stevens v. Kliest, et al.
11 C 03719 Cota v. Astrue
11 C 05209 Moore v. Hilton Garden Inn
11 C 06218 Garcia v. Beary Landscape Management, Inc., et al.
11 C 07228 Cascades Computer Innovation, LLC v. Acer America Corp.
11 C 07796 Manheim Automotive Financial v. Maxx's Auto Outlet, Inc., et al.
11 C 08744 Teamsters Local 727 Welfare Fund, et al. v. Metropolitan 1, LLC
12 C 01844  United States of America v. Hudson


Civil Cases to be Reassigned to the Hon. Suzanne B. Conlon

09 C 07201  Central States Pension Fund, et al. v. Ray C. Hughes, Inc., et al.
10 C 05622 Finlay v. Beam Global Spirits & Wine, Inc.
11 C 01056 Choice Hotels International, Inc. v. A.E. Bancorp, Inc., et al.
11 C 04133 Awak v. Heartland Alliance for Human Needs & Human Rights
11 C 06648 Williams v. Allstate Insurance Company
11 C 08095 First American Title Ins. v. Resource Real Estate Services, LLC



Civil Cases to be Reassigned to the Hon. John W. Darrah

11 C 03324 Joe Hand Promotions, Inc. v. Galanis, et al.
09 C 03576  Greenfield v. Kluever & Platt, LLC, et al.
10 C 01199 Suppressed v. Suppressed
10 C 04304 Smizer v. Community Mennonite Early Learning Center
10 C 06890 Suburban Teamsters Pension Funds v. J & S Transport, Inc.
11 C 00043  Agnew v. Hardy, et al.
11 C 02026 Harris N.A. v. McCardell, et al.
11 C 04921 Jablon v. Johnson, et al.
11 C 06024 SNA Management, et al. v. American Suisse Capital, A.G., et al.
11 C 06989 PNC Bank, National Association v. JLN Management, et al.
11 C 07699 Nichols v. Astrue
11 C 08507 Gibson v. Elmhurst Memorial Healthcare
11 C 09123 Pentecostal Assemblies of the World, Inc. v. Collins, et al.


Civil Cases to be Reassigned to the Hon. Samuel Der-Yeghiayan

07 C 02807 Caraballo, et al. v. City of Chicago
10 C 00162 Williams v. Ghosh, et al.
10 C 03280 Solis v. Jack Masonry, Inc. et al.
10 C 06818 Brown v. Sports Art America, Inc.
10 C 08000  Rozycki v. Sophos, Inc.
11 C 01748 Central Pension Fund et al. v. Allied Systems Holdings, Inc.
11 C 02740 Evans v. Arrow Financial Services, LLC
11 C 04591 Realty America Group v. Village of Matteson
11 C 05647 Carpenters Pension Fund, et al. v. Lake States Engineering
11 C 06907 Trask v. Boyd, et al.
11 C 07401 Laborers' Pension Fund et al. v. Fuerte Systems Landscaping, et al.
11 C 08406 Kush v. Hinshaw & Culbertson
11 C 08877 Eberhardt v. Circuit Court of Cook County, et al.


Civil Cases to be Reassigned to the Hon. Robert M. Dow Jr.

09 C 04939  Chanel, Inc. v. Michelle & Scott's Wholesale Imports,  et al.
10 C 01841 Webster v. Caraco Pharmaceutical Laboratories, Ltd., et al.
10 C 04607 United States of America v. Thackaberry
10 C 07111 Chubb Indemnity Insurance Company v. Giannoulias, et al.
11 C 00478 TRU-GRIND, INC. v. Swiss Tech, LLC
11 C 02229 Ochoa, et al. v. Fresh Farms International Market, Inc., et al.
11 C 03696 Carpenters Pension Fund, et al. v. Platinum Endeavors
11 C 05038 Waterson v. Solomon Holdings I - The Triangle, et al.
11 C 06182 Local 25 SEIU Welfare Fund, et al. v. Robinson Staffing
11 C 07081  J&J Sports Productions, Inc. v. Mejia ,et al.
11 C 07771 Turner v. Rednour, et al.
11 C 08609 Laborers Pension Fund, et al. v. Paul Herrera Construction, et al.

11 C 09285  Northern Ill. Benefit Fund et al. v. Aarko Plumbing & Mechanical


Civil Cases to be Reassigned to the Hon. Gary Feinerman

09 C 04218  Beard v. McCue Chevrolet, Inc., et al.
10 C 00078 Montgomery v. DePaul University
10 C 04319 Lee v. McDonough, Star #16586, et al.
10 C 06439 United States of America v. Serrano-Rangel
11 C 00165 Kuznowicz v. Wrigley Sales Company, LLC, et al.
11 C 01703 Owens v. Enable Holdings, et al.
11 C 03410 Rounds v. Astrue
11 C 04454 Smith v. Cook County, et al.
11 C 06126 Nautilus Insurance Company v. Ricciardi Development, LLC, et al.
11 C 07121 HSBC Bank USA, NA v. Guzman, et al.
11 C 07742 Shore v. Chief of Police, et al.
11 C 08316 Reed v. Chicago Housing Authority, et al.
11 C 09202 Lake City Janitorial v. Gen.Laborers'  Council of Chicago, et al.


Civil Cases to be Reassigned to the Hon. Robert W. Gettleman

09 C 06001  LifeWatch Services, Inc. v. Braemar, Inc., et al.
10 C 02522 Diamantopolous v. American Family Mutual Insurance Company
10 C 05064 Robinson v. ABM Janitorial Midwest
10 C 07653 Moran Industries, Inc. v. Baker
11 C 00879 Arosena v. Northwestern Memorial Hospital
11 C 02346 Sledge v. Comcast ABB Management, LLC, et al.
11 C 04050 Coach, Inc., et al. v. Purses by Francesca, et al.
11 C 05206 Arrowood Indemnity Company, et. al v. Assurecare Corporation
11 C 06311 HSBC Bank USA, NA v. Greer, et al.
11 C 07151 21 SRL v. Ulta Salon, Cosmetics & Fragrance, Inc.
11 C 08000 McCants v. Daimler Trucks North America, LLC
11 C 08714 Sparks v. Nationwide Credit, Inc.


Civil Cases to be Reassigned to the Hon. Joan B. Gottschall

09 C 04431 Markel American Insurance Company v. Dolan, et al.
10 C 00071 Neil Schultz v. iGPS Inc., et al.
10 C 04549 Fashonnus v. Pierce
10 C 06094 Tokowitz v. Cook County Sheriff's Office
11 C 00468 Burden v. Dart, et al.
11 C 01476 Dantzler v. City of Chicago, et al.
11 C 03521 PNC Bank v. Tarazona et al.
11 C 04401 Riley El v. State of Illinois, et al.

11 C 06143 Tucker v. Walgreens Co.
11 C 06851 Moedano v. Bates
11 C 07759 Knox v. Luke
11 C 08289 Deutsche Bank National Trust Company v. Villatoro, et al.
11 C 09221  Ly v. International Brotherhood Teamsters Local #781


Civil Cases to be Reassigned to the Hon. Ronald W. Guzman

09 C 01103  Waddy v. Alternative Behavior Treatment Center, et al.
10 C 02700 Triune, LLC v. Khatau, et al.
10 C 03906 LaBella v. Chicago Newspaper Drivers Union Pension Plan
10 C 07831 Al Herwi v. Jones Lang LaSalle
10 C 08173 Matthews v. Matthews
11 C 02412 Shumpert v. Robinson, et al.
11 C 02977 Jamison v. City of Chicagio Board of Education, et al.
11 C 05217 Boclair v. Randle, et al.
11 C 05797 Alba v. SMT, LLC
11 C 07262 Mora v. Sargon Ismail d/b/a Car Care Auto Spa
11 C 07551 Masood v. Astrue
11 C 08789 Lazar v. Destination Maternity Corporation
11 C 08994 Hourani v. Wells Fargo Bank, N.A., et al.


Civil Cases to be Reassigned to the Hon. James F. Holderman

09 C 07221  YCB International, Inc. v. UCF Trading Company Limited
10 C 05654 Corus Bankshares, Inc. v. FDIC
    11 C 00053 Corus Bankshares Inc v. FDIC
11 C 01142 Henderson v. Astrue
11 C 04152 United States of America v. Borrasi
11 C 06654 Trustees Northern Ill. Benefit Fund, et al. v. B&E Sewer & Water
11 C 08128 United States of America v. Norris


Civil Cases to be Reassigned to the Hon. Virginia M. Kendall

08 C 01479  Threlkeld v. McCann, et al.
10 C 00405 Bixby v. JP Morgan Chase & Co.
10 C 03559 Davis, et al. v. Exel, Inc., et al.
10 C 06856 Brown v. Hayes
10 C 08106 Dynkin, et al. v. Wyeth LLC, et al.
11 C 01831 Taylor v. Deratany, et al.
11 C 02803 Freight Train Advertising, LLC v Chicago Rail Link, LLC
11 C 04732 PNC Bank v. RJLE, Inc., et al.
11 C 05762 Herrera v. Illinois Bell Telephone Company

11 C 06919 Munoz v. Alvarado Landscape and Maintenance, et al.
11 C 07459 McCain Foods USA, Inc. v. Knight Refrigerated, LLC
11 C 08465 Ballou v. I-Talk Wireless, LLC, et al.
11 C 08982 Young-Gibson v. City Of Chicago Board of Education


Civil Cases to be Reassigned to the Hon. Matthew F. Kennelly

09 C 02806  Martin v. Southard, et al.
09 C 07913 Thompson v. Gaetz, et al.
10 C 04104 Halperin v. Halperin et al.
10 C 05965 United States of America v. Lopez-Popca
11 C 00013 Parisi v. Wexford Health Sources, Inc., et al.
11 C 01470 Chicago Carpenters Pension Fund, et al. v. DriveConstruction, Inc.
11 C 03151 Harris v. Enterprise Recovery Systems Inc.
11 C 04280 Rana v. College Admissions Assistance, LLC
11 C 05936 Moorehead v. Franklin Collection Service, Inc.
11 C 06828 Martin v. Credit Protection Association
11 C 07626 Central States Pension Fund, et al. v. E&L Development, Inc.
11 C 08181 Britton v. Walsh Landscape Construction, Inc., et al.
11 C 09036 Cement Masons Pension Fund, et al. v. Copenhaver Construction


Civil Cases to be Reassigned to the Hon. Charles P. Kocoras

09 C 07255  Jaworski, et al. v. Master Hands Contractors, Inc., et al.
10 C 05666 Charles A. MacPhee vs. Cushman & Wakefield of Illinois, Inc
11 C 01154 Borek v. Sudler Property Management
11 C 04160 Carr, a minor, et al. v. Officer S. Seabury, et al.
11 C 06659 Levy v. Massachusetts Plate Glass Insurance Agency, Inc, et al.
11 C 08147 Broadcast Music, Inc., et al. v. Fire Bar Inc., et al.


Civil Cases to be Reassigned to the Hon. Joan Humphrey Lefkow

09 C 04190  Leon, et al. v. Does, et al.
09 C 07917 Glessner v. Rybaski, et al.
10 C 04308 Jackson v. City of Chicago Office of Emergency Management
10 C 05986 Federal Deposit Insurance Corporation v. Arete 3, Ltd., et al.
11 C 00047 Fells v. Adams, et al.
11 C 01473 Green, et al. v. Crane Equipment & Service, Inc., et al.
11 C 03391 Rodriguez v. The Home Depot, Inc.
11 C 04394 Stevenson v. Anglin, et al.
11 C 06038 Morris v. Pinetta
11 C 06838 Montejano v. City of Chicago, et al.
11 C 07728 Washington, et al. v. Immanuel Lutheran School, et al.

11 C 08255 Laborers' Pension Fund, et al. v. Galaxy Environmental, Inc.
11 C 09161 The Bank of New York Mellon v. Hernandez, et al.


Civil Cases to be Reassigned to the Hon. Harry D. Leinenweber

09 C 06041  Gillespie, et al. v. DeVry, Inc.
09 C 07436 Donald v. The Portillo Restaurant Group
10 C 05227 Gillems v. Hapag-Lloyd (America), Inc.
10 C 05707  Lynch v. Village of Hawthorn Woods, et al.
11 C 00885 Wells Fargo Bank, National Association v. Benson, et al.
11 C 01163 Witt v. Borys
11 C 04084 Coach, Inc., et al. v. Networking For, Inc., et al.
11 C 04197 Baker, et al. v. Ghidotti, et al.
11 C 06337 MacNeil Automotive Products v. Kramer America, Inc., et al.
11 C 06721 Chicago Painters Pension Fund, et al. v. Vision Interior Drywall
11 C 08028 ARTRA 524(g) Asbestos Trust v. ARTRA Group, Inc., et al.
11 C 08166 ArrivalStar, et al. v. Global Tracking Technologies, LLC, et al.


Civil Cases to be Reassigned to the Hon. Charles R. Norgle

09 C 04240  Johnson v. City of Chicago Police Department, et al.
10 C 02284 Otero v. City of Chicago
10 C 04453 Parson v. Blessing, et al.
10 C 07416 Kube v. Creditors Collection Bureau, Inc.
11 C 00439 Perry v. Astrue
11 C 02330 Oluarte, et al. v. Anthony Hardscape Design & Installation, et al.
11 C 03426 Michael Haymer, et al. v. City of Markham, et al.
11 C 05184 Davies v. Proviso Township District 209, et al.
11 C 06137 Northbrook Bank & Trust v. First Chicago Bancorp
11 C 07123 HSBC Bank USA, NA v. Munoz, et al.
11 C 07749 Chicago Carpenters Pension Fund, et al. v. Araiza Corporation
11 C 08681 Bryant v. Acevedo, et al.
11 C 09217 Ridgeway v. Bank of America



Civil Cases to be Reassigned to the Hon. Rebecca R. Pallmeyer

08 C 02533  Tribble v. Evangelides, et al.
10 C 01632 Ruiz v. Adamson, et al.
10 C 03898 Wilson, et al. v. Dolton et al.
10 C 07064 Lyon Financial Services, Inc v. Illinois Paper and Copier Company
10 C 08159 Widoff, D.C. v. Encompass Insurance Co. of America, et al.

11 C 02218 Moore v. American Commercial Lines, LL,C
11 C 02862 H.R. Transport Limited v. Echo Global Logistics, Inc.
11 C 04931 Petersen v. D. Construction, Inc.
11 C 05779 Ojeda v. Rednour, et al.
11 C 07021 Smith, et al. v. City of Chicago, et al.
11 C 07530 Deutsche Bank National Trust Company v. Ukoja, et al.
11 C 08580 Allen v. Citgo Lemont Refinery
11 C 08992 Smajo v. Midland Credit Management, Inc.


Civil Cases to be Reassigned to the Hon. Milton I. Shadur

09 C 05585  Smith v. Greystone Alliance LLC
09 C 07755 Grubbs v. Block Electric Company
          10 C 03934 King v. Block Electric Co., Inc.
10 C 04950 United Central Bank v. 6501 Corporation, et al.
10 C 05824 Laborers' Pension Fund, et al. v. Professional Testing Services
11 C 00816 Tramec, LLC vs. Rose Industrial Products, Inc.
11 C 01335 Knighton v. Reyes, et al.
11 C 03835 Braatz v. Leading Edge Recovery Solutions, Inc., et al.
11 C 04241 Wells Fargo Bank, N.A. v. Smith, et al.
11 C 06300 Miller v. Roosevelt University
11 C 06799 Eyiowuawi v. Blue Ribbon Taxi Association, et al.
11 C 07839 Stevenson v. Spirit Cruises, LLC.
11 C 08174 Central States Pension Fund, et al. v. Bee-Line Leasing Co., Inc.


Civil Cases to be Reassigned to the Hon. Amy J. St. Eve

06 C 04639  Alvarez, et al. v. City of Chicago
10 C 00128 Gyptec Iberica v. Alstom Power Inc.
10 C 03252 Lee v. City of Harvey, et al.
10 C 06663 Webb v. Allstate Financial Services, LLC
10 C 07959 Carpenters Pension Fund, et al. v. Hanson Installations, Ltd.
11 C 01712 Thompson v. City of Chicago Board of Education, et al.
11 C 02653 Murphy v. Complete Trucking Inc., et al.
11 C 04469 Williams, et al. v. Riverdale, Illinois, et al.
11 C 05414 Hard Drive Productions, Inc. v. Does 1-51
11 C 06884 Solis v. Caro, N.C., et al.
11 C 07396 Runyon v. Miller and Steeno, P.C., et al.
11 C 08343 Hard Drive Productions, Inc. v. Doe
11 C 08814 Alexander v. Target Corp., et al.


Civil Cases to be Reassigned to the Hon. James B. Zagel

09 C 05320  Payne v. Palm, et al.
10 C 00830 Macklem et al. v. Scharf, et al.
10 C 04918 Coldwate v. Alcatel-Lucent USA, Inc., et al.
10 C 06870 Yates v. XSport Fitness Inc., et al.
11 C 00773 Truck Drivers Welfare Fund, et al. v. United Maintenance Co, Inc.
11 C 01973 Garcia v. Pierce, et al.
11 C 03787 Hall v. AT&T
11 C 04913 Divane, et al. v. Union Lightning Protection Installers, Inc.
11 C 06225 Schultz, et al. v. BAC Home Loans Servicing
11 C 06972 Vance v. MetaBank, N.A. ,et al.
11 C 07812 Cendrowski Corporate Advisors LLC v. Optimumbank, et al.
11 C 08504 Young v. General Electric Company, et al.


Criminal Cases to be Reassigned to the Hon. Elaine E. Bucklo

09 CR 00546  United States v. Ayala-German, et al.
10 CR 01066  United States v. Garcia


Criminal Cases to be Reassigned to the Hon. Rubén Castillo

10 CR 00067  United States v. Pearson
11 CR 00060  United States v. Suppressed


Criminal Cases to be Reassigned to the Hon. Edmond E. Chang

10 CR 00823  United States v. Escoboza-Bojorquez, et al.
11 CR 00885  United States v. Rebolledo-Morales


Criminal Cases to be Reassigned to the Hon. Sharon Johnson Coleman

10 CR 00655  United States v. Masri
11 CR 00143  United States v. Walker, et al.

Criminal Case to be Reassigned to the Hon. Suzanne B. Conlon

10 CR 00035  United States v. Caira et al.


Criminal Cases to be Reassigned to the Hon. John W. Darrah

10 CR 00743  United States v. Kutz

11 CR 00784  United States v. Trevino, et al.

Criminal Cases to be Reassigned to the Hon. Samuel Der-Yeghiayan

10 CR 00507  United States v. Johnson
11 CR 00707  United States v. Sainz

Criminal Cases to be Reassigned to the Hon. Robert M. Dow Jr.

10 CR 01029  United States v. Washburn
11 CR 00356  United States v. Melendez, et al.

Criminal Cases to be Reassigned to the Hon. Gary Feinerman

10 CR 00401  United States v. Fernandes, et al.
11 CR 00656  United States v. Witkowski, et al.

Criminal Cases to be Reassigned to the Hon. Robert W. Gettleman

09 CR 01030  United States v. Burnett, et al.
11 CR 00123  United States v. Romero, et al.

Criminal Cases to be Reassigned to the Hon. Ronald W. Guzman

10 CR 00362  United States v. Eubanks
11 CR 00293  United States v. Mansoor

Criminal Cases to be Reassigned to the Hon. Virginia M. Kendall

10 CR 00654  United States v. Modjewski
11 CR 00718  United States v. Palomino

Criminal Cases to be Reassigned to the Hon. Matthew F. Kennelly

10 CR 00170  United States v. Edwards
11 CR 00454  United States v. Edwards

Criminal Cases to be Reassigned to the Hon. Joan Humphrey Lefkow

10 CR 00233  United States v. Albrecht

11 CR 00514  United States v. Hayes, et al.

Criminal Cases to be Reassigned to the Hon. Harry D. Leinenweber

09 CR 01040  United States v. Esmail, et al..
11 CR 00318  United States v. Sarno

Criminal Cases to be Reassigned to the Hon. Charles R. Norgle

11 CR 00107  United States v. Schoenhaar, et al.
11 CR 00552  United States v. Robinson

Criminal Cases to be Reassigned to the Hon. Rebecca R. Pallmeyer

10 CR 00966  United States v. White, et al.
11 CR  00902  United States v. Murray

Criminal Cases to be Reassigned to the Hon. Milton I. Shadur

09 CR 00352  United States v. Carter, et al.
10 CR 00155  United States v. Garcia-Avila, et al.

Criminal Cases to be Reassigned to the Hon. Amy J. St. Eve

10 CR 00490  United States v. Flores
11 CR 00665  United States v. Russell

Criminal Cases to be Reassigned to the Hon. James B. Zagel

09 CR 00235  United States v. Jaradat, et al.
11 CR 00736  United States v. Buzgau, et al.